UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMUNDIE O BROWN, | ) | NO. CV 21-1423-JAK (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| BRIAN DUFFY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed for lack of subject matter jurisdiction.

DATED: February 23, 2021

JOHN A. KRONSTADT
United States District Judge